**In re David W. NAJARIAN and Paul L. Najarian.**

No. 02–1584.

United States Court of Appeals, Federal Circuit.

April 11, 2003.

Before LOURIE, BRYSON, and GAJARSA, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.